**United States District Court**
For the Northern District of California

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4    CATALINA CARGADO; and CAROLINA          No. C 12-965 CW
     CARGADO,
5                                            ORDER REGARDING
              Plaintiffs,                    PROOF OF SERVICE
6                                            AND CONTINUING
         v.                                  CASE MANAGEMENT
7                                            CONFERENCE
     WORLD SAVINGS BANK FSB; GOLDEN
8    WEST SAVINGS ASSOCIATION SERVICE
     CO.; CHICAGO TITLE COMPANY;
9    COUNTRYWIDE HOME LOANS SERVICING
     LP; COUNTRYWIDE HOME LOANS PSA;
10   BANK OF NEW YORK; BANK OF NEW
     YORK PSA CUSTODIAN; ALTERNATIVE
11   LOAN TRUST 2007-18CB; and NDEX
     WEST LLC,
12
              Defendants.
13
     _____/
14
          Pro se Plaintiffs Catalina and Carolina Cargado initiated
15
     this case on February 27, 2012.  It appears from the docket that
16
     Plaintiffs have not yet served any Defendant in this action.
17
     Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiffs must
18
     serve Defendants by June 26, 2012, which is 120 days after the
19
     complaint was filed.
20
          By July 3, 2012, Plaintiffs must file either proof of service
21
     upon Defendants or a motion to extend time for service.  If
22
     Plaintiffs file a motion to extend time for service, they shall
23
     provide good cause to explain their failure to serve Defendants
24
     within 120 days after the complaint was filed.  If Plaintiffs fail
25
     to comply with the terms of this Order, their case will be
26
     dismissed for failure to prosecute.
27

28

1      The case management conference currently set for June 27,

2  2012 is continued to August 29, 2012 at 2:00 p.m.

3      IT IS SO ORDERED.

4

5  Dated: 6/25/2012                    _____
                                       CLAUDIA WILKEN
6                                      United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2