IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATALINA CARGADO; and CAROLINA CARGADO,<br><br>      Plaintiffs,<br><br>  v.<br><br>WORLD SAVINGS BANK FSB; GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO.; CHICAGO TITLE COMPANY; COUNTRYWIDE HOME LOANS SERVICING LP; COUNTRYWIDE HOME LOANS PSA; BANK OF NEW YORK; BANK OF NEW YORK PSA CUSTODIAN; ALTERNATIVE LOAN TRUST 2007-18CB; and NDEX WEST LLC,<br><br>      Defendants.<br>_____/ | No. C 12-965 CW<br><br>ORDER REGARDING PROOF OF SERVICE AND CONTINUING CASE MANAGEMENT CONFERENCE |

    Pro se Plaintiffs Catalina and Carolina Cargado initiated this case on February 27, 2012.  It appears from the docket that Plaintiffs have not yet served any Defendant in this action. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiffs must serve Defendants by June 26, 2012, which is 120 days after the complaint was filed.

    By July 3, 2012, Plaintiffs must file either proof of service upon Defendants or a motion to extend time for service.  If Plaintiffs file a motion to extend time for service, they shall provide good cause to explain their failure to serve Defendants within 120 days after the complaint was filed.  If Plaintiffs fail to comply with the terms of this Order, their case will be dismissed for failure to prosecute.

The case management conference currently set for June 27, 2012 is continued to August 29, 2012 at 2:00 p.m.

IT IS SO ORDERED.

Dated: 6/25/2012

CLAUDIA WILKEN
United States District Judge

2