```
IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| CATALINA CARGADO; and CAROLINA CARGADO,<br><br>            Plaintiffs,<br><br>      v.<br><br>WORLD SAVINGS BANK FSB; GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO.; CHICAGO TITLE COMPANY; COUNTRYWIDE HOME LOANS SERVICING LP; COUNTRYWIDE HOME LOANS PSA; BANK OF NEW YORK; BANK OF NEW YORK PSA CUSTODIAN; ALTERNATIVE LOAN TRUST 2007-18CB; and NDEX WEST LLC,<br><br>            Defendants.<br>_____/ | No. C 12-965 CW<br><br>ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |

On February 27, 2012, Plaintiffs Catalina and Carolina Cargado filed the instant case.

On June 25, 2012, the Court issued an order noting that Plaintiffs had not yet served any Defendant in this action, and that, pursuant to Federal Rule of Civil Procedure 4(m), Plaintiffs were required to serve Defendants by June 26, 2012, which was 120 days after the complaint was filed.  At that time, the Court required Plaintiffs to file proof of service upon Defendants or a motion to extend time for service by July 3, 2012.  The Court warned Plaintiffs that failure to do so would result in dismissal of their case for failure to prosecute.

1  Plaintiffs have not filed proof service upon Defendants or a
2 motion to extend time for service.  Accordingly, the Court
3 DISMISSES this case for failure to prosecute.
4  IT IS SO ORDERED.

Dated: 8/1/2012

CLAUDIA WILKEN
United States District Judge